JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SAN ARNOLD,<br><br>    Plaintiff,<br>v.<br><br>GLOBAL CREDIT & COLLECTION CORP,<br><br>    Defendant. | Case No.: 2:11-cv-03906-DMG-DTB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [12]** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 24, 2011

_____
DOLLY M. GEE
United States District Judge

1

Stipulation of Dismissal and [Proposed] Order